Paul Blazevich
PLAINTIFF/PETITIONER/MOVANT'S NAME

PRISON NUMBER

PLACE OF CONFINEMENT

ADDRESS

FILED

08 MAR 11 PM 12:39

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# United States District Court
## Southern District Of California

'08 CV 450 WQH WMc

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

Paul Blazevich, E. BLAZEVICH ,
             Plaintiff/Petitioner/Movant

v.

United States of America, et al ,
             Defendant/Respondent

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Paul Blazevich declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ☒ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution?         • Yes  • No
   Do you receive any payment from the institution?   • Yes  • No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                     ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? [x] Yes [ ] No
    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
    Self employed, approximate income $1,000 per month

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    _____
    _____
    _____

3. In the past twelve months have you received any money from any of the following sources?:
    a. Business, profession or other self-employment    [ ] Yes [x] No
    b. Rent payments, royalties interest or dividends   [ ] Yes [x] No
    c. Pensions, annuities or life insurance            [ ] Yes [x] No
    d. Disability or workers compensation               [ ] Yes [x] No
    e. Social Security, disability or other welfare     [ ] Yes [x] No
    e. Gifts or inheritances                            [ ] Yes [x] No
    f. Spousal or child support                         [ ] Yes [x] No
    g. Any other sources                                [x] Yes [ ] No

    If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
    $2,000 from an order for criminal restitution

4. Do you have any checking account(s)?   [x] Yes [ ] No
    a. Name(s) and address(es) of bank(s) Bank of America, 750 B Street
    b. Present balance in account(s): $10.00

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   [ ] Yes [x] No
    a. Name(s) and address(es) of bank(s):_____
    b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? [ ] Yes [x] No
    a. Make:_____ Year:_____ Model:_____
    b. Is it financed? • Yes   • No
    c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   ~~████~~ (wife) 0   SHE RECEIVES SMALL STIPEND.
   E. BLAZEVICH

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   $20,000.00   FINE PAYMENT, U.S. GOVT.
   36,000.00    B.J. PEARSON
   100,000.00+  PLACIDO & EMPERATRIZ BAUTISTA

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):
    NONE

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

                                    _Paul Bear_ 10 MAR 08
DATE                                SIGNATURE OF APPLICANT