## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA
### MAY 19, 2008

| | | | |
|---|---|---|---|
| PAUL J. BLAZEVICH and E. BLAZEVICH | vs | UNITED STATES OF AMERICA, et al | No. 08CV0450-DMS-WMC |
| Hon. Dana M. Sabraw | | Deputy Clerk   J Klosterman | |

It is hereby ordered that Dana M. Sabraw hereby recuses from the above entitled case and orders that the case be reassigned to another judge.

Assigned to:    HONORABLE MARILYN L. HUFF

New Case #:    08CV0450-H-WMC

**Please forward judge's court file to new assigned judge.**