1  KAREN P. HEWITT
   United States Attorney
2  ROBERT I. LESTER
   State of California Bar No. 116429
3  Special Assistant United States Attorney
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Phone: (213) 894-2464
   Fax:   (213) 894-7819
6  Email: robert.lester@usdoj.gov

7  Attorneys for Defendant
   Barbara Major, former Assistant United States Attorney
8

9                  UNITED STATES DISTRICT COURT

10                SOUTHERN DISTRICT OF CALIFORNIA

11
   PAUL J. BLAZEVICH and E. BLAZEVICH,        ) No. 08CV0450-IEG(WMc)
12                                             )
            Plaintiffs,                        ) ***EX PARTE* APPLICATION**
13                                             ) **OF FEDERAL DEFENDANT**
        v.                                     ) **BARBARA MAJOR FOR ORDER**
14                                             ) **ESTABLISHING DEADLINE**
   UNITED STATES OF AMERICA, an entity;        ) **TO FILE RESPONSE TO**
15 UNITED STATES ATTORNEY'S OFFICE FOR         ) **COMPLAINT**
   THE SOUTHERN DISTRICT OF CALIFORNIA,        )
16 a government entity; IMMIGRATION AND        )
   CUSTOMS ENFORCEMENT, a government entity;   )
17 KAREN HEWITT, in her individual capacity    )
   and as United States Attorney for the       )
18 Southern District of California; BARBARA    )
   MAJOR-GLUCK, in her individual and former   )
19 capacity as Assistant United States         )
   Attorney; MICHAEL FOSTER, in his            )
20 individual and capacity as United States    )
   Customs Agent; WILLIAM A. HALL, in his      )
21 individual and capacity as Assistant        )
   United States Attorney; and DOES 1          )
22 through 20 inclusive,                       )
                                               )
23         Defendants.                         )
   _____)
24

25

26

27

28

Defendant Barbara Major, former Assistant United States Attorney for the Southern District of California, applies *ex parte* for an order establishing a deadline for her to answer, respond or otherwise plead to the complaint. The basis for this application is set forth below.

I

**GOOD CAUSE EXISTS FOR THE COURT TO ESTABLISH A DEADLINE FOR A RESPONSE TO THE COMPLAINT**

*Pro se* plaintiffs filed this suit on March 11, 2008, pursuant to the Federal Tort Claims Act[1] and Bivens.[2] The 50-page complaint alleges 15 claims. Plaintiffs sue, among others, former Assistant United States Attorney Barbara Major. Neither Defendant Major nor the United States Attorney's Office for the Southern District of California has been served with process. See Fed. R. Civ. P. 4(i).

Authority to represent Defendant Major was obtained in the past two weeks. Further, the undersigned was appointed only this week as a Special Assistant United States Attorney in order to represent Defendant Major. Counsel is now obtaining information necessary to defend this case. Under the circumstances, Defendant Major respectfully requests the Court to order that her response to the complaint is due within 90 days of the date the order is signed. Setting the deadline also will eliminate the

---

[1] 28 U.S.C. §§ 1346(b) and 2671-2680.

[2] Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).

uncertainty regarding the time to respond which has been created by Plaintiffs' failure to complete service.

## II
## **CONCLUSION**

For the foregoing reasons, Defendant Major respectfully requests the Court to order that she has 90 days to answer, plead, or otherwise respond to the complaint.

DATE: June 6, 2008.            Respectfully submitted,

KAREN P. HEWITT
United States Attorney
LEON W. WEIDMAN


/s/ Robert I. Lester
ROBERT I. LESTER
Special Assistant U.S. Attorney

Attorneys for Defendant
Barbara Major, former Assistant
United States Attorney

**CERTIFICATE OF SERVICE BY MAIL**

I am a citizen of the United States and resident or employed in Los Angeles County, California. I am a Special Assistant United States Attorney for the Southern District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012. I am over the age of 18 and not a party to the within action.

On **June 6, 2008**, I served by email a copy of ***EX PARTE APPLICATION OF FEDERAL DEFENDANT BARBARA MAJOR FOR ORDER ESTABLISHING DEADLINE TO FILE RESPONSE TO COMPLAINT*** to:

**Paul Blazevich
E. Blazevich
P.O. Box 2256
National City, CA 91951-2256**

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury the laws of the United States of America that the foregoing is true and correct.

Executed on: **June 6, 2008** at Los Angeles, California.


                                       /s/ Robert I. Lester
                                       **ROBERT I. LESTER**