# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL J. BLAZEVICH and E. BLAZEVICH,<br><br>                                   Plaintiffs,<br>  vs.<br><br>UNITED STATES OF AMERICA, an entity; UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF CALIFORNIA, a government entity; IMMIGRATION AND CUSTOMS ENFORCEMENT, a government entity; KAREN HEWITT, in her individual capacity and as United States Attorney for the Southern District of California; BARBARA MAJOR, in her individual and former capacity of Assistant United States Attorney; MICHAEL FOSTER, in his individual and capacity as United States Customs Agent; WILLIAM A. HALL, in his individual and capacity as Assistant United States Attorney; and DOES 1 through 20 inclusive,<br><br>                                   Defendants. | CASE NO. 08cv450-IEG(WMc)<br><br>Order Granting Plaintiff Paul Blazevich's Motion to Proceed *In Forma Pauperis*; Directing Clerk to Issue Summons; Sua Sponte Dismissing Claims of E. Blazevich; Granting Ex Parte Applications to Set Response Deadline [Doc. Nos. 6 and 7] |

      Plaintiff Paul Blazevich has filed a complaint alleging multiple constitutional claims under Bivens v. Six Unknown Named Federal Agents, 403 U.S. 388 (1971) arising out of his conviction and sentence in this Court in Case No. 99cr471. Plaintiff moves the Court to proceed *in forma pauperis*. Upon review, the Court GRANTS Plaintiff Paul Blazevich's motion to proceed in this case *in forma pauperis*. The Clerk is directed to issue summons on the Complaint.

      Although the Complaint purports to also be filed on behalf of E. Blazevich, Ms. Blazevich

1  neither personally signed the complaint as required by Fed. R. Civ. P. 11(a) nor moved to proceed
2  *in forma pauperis*. Pro se litigants have no authority to represent anyone other than
3  themselves; therefore, they lack the representative capacity to file motions and other
4  documents on behalf of other prisoners.  See <u>Johns v. County of San Diego</u>, 114 F.3d 874,
5  877 (9th Cir.1997) ("[A] non-lawyer 'has no authority to appear as an attorney for others
6  than himself.'" (quoting <u>Equity Trust v. United States</u>, 818 F.2d 696, 697 (9th Cir.1987)).
7  Therefore, the claims of E. Blazevich are DISMISSED without prejudice.
8      Defendants have filed ex parte applications seeking an order setting a date for a response to
9  the Complaint.  These applications are GRANTED.  Defendants shall have 90 days from the date
10  this order is filed to answer, plead, or otherwise respond to the Complaint.
11  **IT IS SO ORDERED**.
12
13  **DATED:  June 20, 2008**
14  _____
    **IRMA E. GONZALEZ, Chief Judge**
15  **United States District Court**