KAREN P. HEWITT
United States Attorney
ERNEST CORDERO, JR.
Assistant U.S. Attorney
State of California Bar No. 131865
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7473
Email: ernest.cordero@usdoj.gov

Attorneys for Defendants United States of America;
United States Attorney's Office for the Southern
District of California; Immigration and Customs
Enforcement; Karen Hewitt, Michael Foster and William Hall

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL J. BLAZEVICH and E. BLAZEVICH,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, an entity; UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF CALIFORNIA, a government entity; IMMIGRATION AND CUSTOMS ENFORCEMENT, a government entity; KAREN HEWITT, in her individual capacity and as United States Attorney for the Southern District of California; BARBARA MAJOR-GLUCK, in her individual and former capacity as Assistant United States Attorney; MICHAEL FOSTER, in his individual and capacity as United States Customs Agent; WILLIAM A. HALL, in his individual and capacity as Assistant United States Attorney; and DOES 1 through 20 inclusive,<br><br>    Defendants. | Case No. 08cv0450-IEG (WMc)<br><br>**EX PARTE APPLICATION FOR ORDER EXTENDING DEADLINE TO FILE RESPONSE TO COMPLAINT**<br><br><br><br><br><br><br><br>Hon. Irma E. Gonzalez |

The United States of America, United States Attorney's Office for the Southern District of California, Immigration and Customs Enforcement, Karen Hewitt, Michael Foster and William Hall ("Defendants") apply ex parte for an order extending the deadline for them to answer, respond or otherwise plead to the Complaint in light of the Court's granting of Plaintiff

Paul J. Blazevich's Motion to Proceed *In Forma Pauperis.* The basis for this application is set forth below.[1]

I.

**GOOD CAUSE EXISTS FOR THE COURT TO EXTEND THE DEADLINE FOR A RESPONSE TO THE COMPLAINT DUE TO PLAINTIFF'S *IN FORMA PAUPERIS* STATUS**

Plaintiff filed this suit on March 11, 2008. (See Complaint, Clerk's Docket No. 1.)[2] The case arises, in part, out of Plaintiff's conviction for crimes involving Internet child pornography. (Complaint, ¶ 16.) The Complai7nt alleges fifteen claims, most of which are brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671, et. seq. or Bivens.[3] (Complaint, ¶ 1.) Named as defendants are the United States and various federal entities. Plaintiff also has brought both individual and official capacity claims against United States Attorney Karen P. Hewitt, Assistant U.S. Attorney William Hall, Magistrate Judge Barbara L. Major (based on actions taken in her former capacity as an Assistant U.S. Attorney) and former Customs Agent Michael Foster. (Complaint, ¶¶ 8-11.)

On the day Plaintiff filed this suit, copies of the Complaint enclosed in envelopes with the names of Karen Hewitt and William Hall written on them were left with security guards at the U.S. Attorney's Office in San Diego. Although it is unclear, this may have been done in an attempt to serve the Complaint. However, Plaintiff has not filed certificates of service with the Court.

Under the Federal Rules of Civil Procedure, a suit typically is subject to dismissal unless the plaintiff serves the complaint on the defendants within 120 days of filing the action. See Fed.R.Civ.P. 4(m). In an ex parte application filed on June 6, 2008, Defendants requested the

---

[1] Not all of the federal entities named in the Complaint are subject to suit. An appropriate jurisdictional challenge will be raised in a subsequent motion.

[2] Paul J. Blazevich is the only plaintiff in this case. The Court dismissed Plaintiff E. Blazevich from the case in an Order filed on June 20, 2008. (See Clerk's Docket No. 8.)

[3] In Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), the Supreme Court established an implied private right of action against federal officials for tortious deprivations of constitutional rights. Bruns v. National Credit Union Administration, 122 F.3d 1251, 1255 (9th Cir. 1997).

1  Court to set a date for a response to the Complaint. They did so, in part, because of Plaintiff's
2  pro se status and uncertainty concerning his intentions when he dropped off copies of the
3  Complaint at the U.S. Attorney's Office. At such time, Defendants anticipated that they would
4  be filing a motion to dismiss which might include a challenge to the adequacy of service of
5  process if Plaintiff did not effectuate proper service within 120 days of filing suit. The Court
6  granted Defendants' request; and a response now is due by September 18, 2008. (See Order,
7  Clerk's Docket No. 8.) In the same Order, the Court also granted Plaintiff's Motion to Proceed
8  *In Forma Pauperis* and directed the Clerk to issue a summons. (Id.)

9  Although the Ninth Circuit has not ruled on the issue, various courts have held that in
10  the case of plaintiffs who are proceeding *in forma pauperis*, the 120-day period to effectuate
11  service under Fed.R.Civ.P. 4(m) does not begin to run until the Court grants *in forma pauperis*
12  status and the clerk stamps the complaint "filed." Cleveland v. Dennison, 2007 WL 627992,
13  *2 (S.D. Cal. 2007); Matthews v. Marten Transp., Ltd., 345 F.Supp.2d 899, 902 (W.D. Wis.
14  2005) (quoting Williams-Guice v. Board of Educ. of the City of Chicago, 45 F.3d 161, 162 (7th
15  Cir. 1995)). Here, the Court granted Plaintiff *in forma pauperis* status on June 20, 2008.
16  (Clerk's Docket No. 8.) The Clerk issued a summons on June 23, 2008. (See Clerk's Docket
17  No. 9.) Based on the authority cited above, the 120-day period to timely serve the Complaint
18  began to run on June 23, 2008 (when the Clerk issued the summons) and will not end until
19  October 21, 2008.

20  Although Plaintiff has not yet properly served the United States, it would be premature
21  to challenge service before the 120-day service period has run. As a consequence,
22  Defendants request that the deadline for them to answer, respond or otherwise plead to the
23  Complaint be extended from September 18, 2008 to October 31, 2008. This will allow
24  Defendants ten days from the running of the 120-day service period to assess the adequacy
25  of service and file an appropriate pleading with the Court.
26  ///
27  ///
28  ///

## II.

## CONCLUSION

For the foregoing reasons, the United States of America, United States Attorney's Office for the Southern District of California, Immigration and Customs Enforcement, Karen Hewitt, William Hall and Michael Foster respectfully request that the deadline for them to answer, respond or otherwise plead to the Complaint be extended from September 18, 2008 to October 31, 2008.

DATED: September 12, 2008

KAREN P. HEWITT
United States Attorney

s/ Ernest Cordero, Jr.

ERNEST CORDERO, JR.
Assistant U.S. Attorney

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL J. BLAZEVICH and E. BLAZEVICH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, an entity; UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF CALIFORNIA, a government entity; IMMIGRATION AND CUSTOMS ENFORCEMENT, a government entity; KAREN HEWITT, in her individual capacity and as United States Attorney for the Southern District of California; BARBARA MAJOR-GLUCK, in her individual and former capacity as Assistant United States Attorney; MICHAEL FOSTER, in his individual and capacity as United States Customs Agent; WILLIAM A. HALL, in his individual and capacity as Assistant United States Attorney; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 08cv0450-IEG (WMc)<br><br>**CERTIFICATE OF SERVICE BY MAIL**<br><br><br><br><br><br>Hon. Irma E. Gonzalez |

IT IS HEREBY CERTIFIED that:

I am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California 92101-8893; I am not a party to the above-entitled action; and

On September 12, 2008, I deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of:

**EX PARTE APPLICATION FOR ORDER EXTENDING DEADLINE TO FILE RESPONSE TO COMPLAINT**

addressed to:

Paul J. Blazevich
P.O. Box 2256
National City, CA 91951-2256

E. Blazevich
P.O. Box 2256
National City, CA 91951-2256

the last known address at which place there is delivery service of mail from the United States Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **September 12, 2008**.

Y. Reyes